**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-1435**

———————

DAVADA C. LOUGHLIN; D.C.L., Davada C. Loughlin for D.C.L., a minor; BRITT S. MOORE,

        Plaintiffs - Appellants,

     v.

VANCE COUNTY DEPARTMENT OF SOCIAL SERVICES; LINDA FRY, Director at Vance County Department of Social Services; RENE BETANCOURT, Social Work Supervisor at Vance County Department of Social Services; LATOYA M. HARRIS, Case Worker, Child Services at Vance County Department of Social Services; VANCE COUNTY,

        Defendants – Appellees,

     and

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN RESOURCES,

        Defendant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Louise W. Flanagan, District Judge. (5:14-cv-00219-FL)

———————

Submitted:  September 9, 2015       Decided:  September 11, 2015

———————

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Davada C. Loughlin, D.C.L., Britt S. Moore, Appellants Pro Se. Sonny Sade Haynes, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants seek to appeal the district court's order accepting in part the recommendation of the magistrate judge and denying relief on their 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Loughlin v. Vance Cty. Dep't of Soc. Servs., No. 5:14-cv-00219-FL (E.D.N.C. April 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

3